## Third District.

James J. McCarty, conservator of John Condon, defendant in error, v. S. H. Cummins, plaintiff in error. Gen. No. 8,072.

Opinion filed January 25, 1928.

Roy M. Seeley, for plaintiff in error. B. L. Catron, for defendant in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Knights of the Ku Klux Klan, Inc., appellee, v. First National Bank et al., appellants. Gen. Nos. 8,117 and 8,128.

Opinion filed January 25, 1928.

Thomas W. Hoopes and L. E. Stone, for appellants. W. F. Zumbrunn, W. B. Brown, J. H. Connaughton and B. H. Sullivan, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Frederick I. Judson, plaintiff in error, v. First Trust & Savings Bank of Springfield, Illinois, and L. F. McCullough, defendants in error. Gen. No. 8,125.

Opinion filed January 25, 1928.

Jacob Levy, for plaintiff in error; J. M. Gwin, of counsel. Bangs & Frankhauser, for defendants in error; Wendell L. McHenry, of counsel.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

W. Z. Wright et al., defendants in error, v. State Bank of Herrick, plaintiff in error. Gen. No. 8,129.

Opinion filed January 25, 1928.

George B. Rhoads and J. J. Baker, for plaintiff in error. Matheny & Welker and Ward & Pugh, for defendants in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.